LUCY A. MICHELSON, Appellant, *v.* ELISHA S. FOWLER et al., Respondents.

(Argued December 16, 1885 ; decided January 19, 1886.)

*A. P. Smith* for appellant.

*Cornelius E. Stephens* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

ROBERT H. CRANDALL, Appellant, *v.* THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF BOONVILLE, Respondent.

(Argued December 16, 1885 ; decided January 19, 1886.)

*Edwin H. Risley* for appellant.

*Bentley & Jones* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.